## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.    22-** |
| **v.** | : | **DATE FILED:** |
| **DUANNE PIERCE** | : | **VIOLATIONS:** |
| a/k/a "Stroh," | | **18 U.S.C. § 371 (conspiracy to** |
| a/k/a "Strog," | : | **transport stolen property across** |
| **CHARLES TILLERY** | | **state lines   1 count)** |
| a/k/a "Akbar," | : | **18 U.S.C. § 2314 (interstate** |
| | | **transportation of stolen property -** |
| ▮▮▮▮▮▮ | : | **9 counts)** |
| | | **18 U.S.C. § 2 (aiding and abetting)** |
| **YOLANDA FIFE** | : | **Notice of forfeiture** |
| a/k/a "Yolanda Murchison" | | |
| | : | |
| **TELFA WILLS** | | |
| ▮▮▮▮▮▮ | : | |

## INDICTMENT

## COUNT ONE

### THE GRAND JURY CHARGES THAT:

1.    From at least on or about May 18, 2018 and continuing through at least on

or about February 4, 2020, in the Eastern District of Pennsylvania and elsewhere, defendants,

**DUANNE PIERCE,**
**a/k/a "Stroh,"**
**a/k/a "Strog,"**
**CHARLES TILLERY,**
**a/k/a "Akbar,"**

▮▮▮▮▮▮

**YOLANDA FIFE,**
**a/k/a "Yolanda Murchison,"**
▮▮▮▮▮▮ **and**
**TELFA WILLS,**

together with Eric King, charged elsewhere, and others known and unknown to the grand jury, conspired and agreed to commit offenses against the United States, specifically, to unlawfully transport stolen goods and merchandise with a value of $5,000 or more in interstate commerce to the Eastern District of Pennsylvania, in violation of Title 18, United States Code, Section 2314.

## MANNER AND MEANS

It was part of the conspiracy that:

2.      Defendant DUANNE PIERCE recruited and organized members of a multi-state jewelry theft ring to commit thefts of retail jewelry stores located throughout the United States. These thefts occurred during business hours and involved several co-conspirators. During each theft, one or more co-conspirators distracted a sales associate by feigning interest in and asking questions about specific items of jewelry for sale, while another co-conspirator surreptitiously stole other pieces of jewelry, often from a display case that the distracted associate had unlocked. The co-conspirators typically remained on the premises for only a few minutes and often left the victim business before employees realized the jewelry was missing.

3.      Defendant DUANNE PIERCE worked with other individuals—including defendants CHARLES TILLERY,          , YOLANDA FIFE,          TELFA WILLS,          charged elsewhere in this indictment, and Eric King, charged elsewhere—to commit these jewelry thefts. Along with defendant DUANNE PIERCE, defendant CHARLES TILLERY played a prominent role in planning and carrying out the thefts.

4.      Defendants         YOLANDA FIFE,         and TELFA WILLS, and co-conspirator Eric King committed thefts with defendants DUANNE PIERCE and CHARLES TILLERY in smaller, overlapping "crews." Defendants DUANNE

PIERCE and CHARLES TILLERY carried out thefts with each crew, and members of one crew periodically filled in on jobs carried out by other crews when additional assistance was required.

     5.     Defendants DUANNE PIERCE and CHARLES TILLERY worked with each crew to organize trips throughout the United States for the purpose of committing thefts away from where they and their co-conspirators resided, in order to avoid detection and apprehension by law enforcement. During these road trips, the crew drove from shopping mall to shopping mall within a particular region of the country, often committing multiple thefts from different jewelry stores in a single day.

     6.     Following each theft, the crew transported the stolen jewelry back to the Eastern District of Pennsylvania. Upon their return to the District, members of the conspiracy resold the stolen jewelry to jewelers located on Jewelers Row in Philadelphia.

     7.     Between in or about May 2018 and in or about February 2020, members of the conspiracy participated in no fewer than 11 out-of-state jewelry thefts, stealing a total of approximately $427,000 worth of jewelry.

### OVERT ACTS

In furtherance of the conspiracy and to accomplish its objects, Defendants DUANNE PIERCE, CHARLES TILLERY,     YOLANDA FIFE, and TELFA WILLS, and Eric King, charged elsewhere, together with others known and unknown to the grand jury, committed the following overt acts, among others, in the Eastern District of Pennsylvania and elsewhere:

     1.     On or about May 18, 2018:

          a.     At approximately 12:10 p.m., defendants DUANNE PIERCE,

3

CHARLES TILLERY, and ███████ entered Jared Vault, located at 8111 Concord Mills Boulevard, Concord, North Carolina, posing as customers.

        b.    Once inside the store, defendants CHARLES TILLERY and ███████ distracted two sales associates while defendant DUANNE PIERCE reached into an unlocked display case and stole two rings, valued at $4,699.98.

        c.    Immediately following the theft from Jared Vault, defendants DUANNE PIERCE, CHARLES TILLERY, and ███████ drove southwest, and crossed from North Carolina into South Carolina with the stolen rings, to commit their next jewelry theft.

    2.    On or about May 18, 2018:

        a.    At approximately 4:19 p.m., defendants DUANNE PIERCE, CHARLES TILLERY, and ███████ entered Helzberg Diamonds, located at 700 Haywood Road, Greenville, South Carolina, posing as customers.

        b.    Once inside the store, defendants DUANNE PIERCE and ███████ distracted two sales associates while defendant CHARLES TILLERY reached into an unlocked display case and stole two rings, valued at $7,998.

    3.    On or about May 18, 2018:

        a.    Between 5:00 p.m. and 6:00 p.m., defendants DUANNE PIERCE, CHARLES TILLERY, and ███████ entered Kay Jewelers, located at 3131 North Main Street, Anderson, South Carolina, posing as customers.

        b.    Once inside the store, defendants DUANNE PIERCE, CHARLES TILLERY, and ███████ distracted two sales associates and stole five rings, valued at $29,097.

      c.      Immediately following the theft from Kay Jewelers, defendants DUANNE PIERCE, CHARLES TILLERY, and ▮▮▮▮▮▮▮ drove southwest, and crossed from South Carolina into Georgia with the stolen rings, to commit an additional jewelry theft.

      4.      On or about May 18, 2018:

      a.      At approximately 7:37 p.m., defendants DUANNE PIERCE, CHARLES TILLERY, and ▮▮▮▮▮▮▮ entered a Zales Outlet, located at 800 Steven B. Tanger Boulevard, Commerce, Georgia, posing as customers.

      b.      Once inside the store, defendants DUANNE PIERCE and ▮▮▮▮▮▮▮ distracted two sales associates while defendant CHARLES TILLERY reached into an unlocked display case and stole one ring, valued at $6,860.

      5.      On or about May 20, 2018, defendants DUANNE PIERCE, CHARLES TILLERY and ▮▮▮▮▮▮▮ traveled to Jewelers Row in Philadelphia to sell jewelry they stole in other states.

      6.      On or about June 1, 2019:

      a.      Defendants CHARLES TILLERY and YOLANDA FIFE, and Eric King, along with a person unknown to the grand jury, entered Helzberg Diamonds, located at 6700 Kingston Pike, Knoxville, Tennessee, posing as customers.

      b.      Once inside the store, defendant YOLANDA FIFE, Eric King, and the person unknown to the grand jury, distracted two sales associates while defendant CHARLES TILLERY reached into an unlocked display case and stole three rings, valued at $3,597.

7.      On or about June 2, 2019, defendant CHARLES TILLERY and Eric King traveled to Jewelers Row in Philadelphia to sell the rings stolen from Helzberg Diamonds on June 1, 2019.

8.      On or about August 10, 2019:

        a.      Defendants DUANNE PIERCE, CHARLES TILLERY, and YOLANDA FIFE entered Zales, located at 194 Buckland Hills Drive, Manchester, Connecticut, posing as customers.

        b.      Once inside the store, defendants CHARLES TILLERY and YOLANDA FIFE stood between defendant DUANNE PIERCE and sales associates, blocking the associates' view of defendant DUANNE PIERCE as defendant DUANNE PIERCE used a key left unattended by a sales associate to unlock a jewelry display case and steal two rings valued at $27,788.

9.      On or about August 11, 2019, defendants DUANNE PIERCE and YOLANDA FIFE traveled to Jewelers Row in Philadelphia, to sell the rings stolen from Zales on August 10, 2019.

10.     On or about October 4, 2019:

        a.      Defendants DUANNE PIERCE, CHARLES TILLERY, ████████ ████████, and TELFA WILLS entered Zales, located at 10300 Little Patuxent Parkway, Columbia, Maryland, posing as customers.

        b.      Once inside the store, defendants CHARLES TILLERY, ████████ ████████, and TELFA WILLS distracted sales associates, while defendant DUANNE PIERCE used a key to open a jewelry display case and steal 43 pieces of jewelry valued at $101,964.

    c.    Defendants DUANNE PIERCE, CHARLES TILLERY, ████████, and TELFA WILLS then drove to Pennsylvania, transporting the stolen jewelry with them across state lines.

    11.    On or about October 5, 2019, defendants DUANNE PIERCE and CHARLES TILLERY traveled to Jewelers Row in Philadelphia to sell the jewelry stolen from Zales on October 4, 2019.

    12.    On or about December 20, 2019:

    a.    At approximately 5:00 p.m., defendants DUANNE PIERCE, CHARLES TILLERY, and ████████, and Eric King entered iLaser Jewelers, located at 2700 Miamisburg Centerville Road, Dayton, Ohio, posing as customers.

    b.    Once inside the store, defendants CHARLES TILLERY and ████████ and Eric King distracted a sales associate, while defendant DUANNE PIERCE lifted a pane of glass off a jewelry display case and stole a tray containing 33 rings valued at $48,042.

    c.    Immediately following the theft from iLaser Jewelers, defendants DUANNE PIERCE, CHARLES TILLERY, and ████████, and Eric King drove west, and crossed from Ohio into Indiana with the stolen rings, to commit their next jewelry theft.

    13.    On or about December 20, 2019:

    a.    At approximately 7:55 p.m., defendants DUANNE PIERCE, CHARLES TILLERY, and ████████ and Eric King entered Helzberg Diamonds, located at 6020 East 82nd Street, Indianapolis, Indiana, posing as customers.

     b.     Once inside the store, defendants CHARLES TILLERY and ██████████ and Eric King distracted sales associates, while defendant DUANNE PIERCE reached behind a sales associate's back and stole two rings valued at $14,998 from an unlocked display case.

     14.     On or about December 22, 2019, defendants DUANNE PIERCE, CHARLES TILLERY, and ██████████, and Eric King traveled to Jewelers Row in Philadelphia to sell the jewelry stolen from iLaser Jewelers and Helzberg Diamonds on December 20, 2019.

     15.     On or about January 1, 2020:

     a.     Defendants DUANNE PIERCE and ██████████ and Eric King entered Kay Jewelers, located at 110 Park City Center, Lancaster, Pennsylvania, posing as customers.

     b.     Once inside the store, defendant DUANNE PIERCE walked behind the sales counter and entered an area reserved for employees while defendant ██████████, and Eric King remained in the front section of the store.

     c.     Upon entering the rear area of the store, defendant DUANNE PIERCE stole a plastic storage bin containing jewelry items being held for customers, then reentered the customer area where he stole additional pieces of jewelry from a jewelry display case, all valued at $187,529.62.

     d.     Following the theft, defendants DUANNE PIERCE and ██████████, and Eric King traveled to Jewelers Row in Philadelphia to sell the jewelry stolen from Kay Jewelers on January 1, 2020.

8

16.    On or about February 2, 2020:

a.    Defendants DUANNE PIERCE, CHARLES TILLERY, TELFA WILLS, and ▓▓▓▓▓▓▓▓▓ charged elsewhere in this indictment, entered Kay Jewelers, located at 8000 West Broward Boulevard, Planation, Florida, posing as customers, as defendant ▓▓▓▓▓▓▓▓▓ stepped into an adjacent jewelry store with a view of Kay Jewelers where he acted as a lookout.

b.    Once inside the store, defendant DUANNE PIERCE entered an area reserved for employees while defendants CHARLES TILLERY, TELFA WILLS, and ▓▓▓▓▓▓▓▓▓ remained in the front section of the store, distracting sales associates.

c.    Upon entering the rear area of the store, defendant DUANNE PIERCE opened an unlocked safe and removed numerous items of jewelry. Defendant DUANNE PIERCE also removed a jewelry display case key from the safe and then reentered the customer area of the store, where he used the key to unlock a display case and steal additional rings from the case, all valued at $147,097.99.

d.    Prior to the theft, defendant YOLANDA FIFE assisted defendant DUANNE PIERCE in making car rental reservations at Miami International Airport for the period from January 31, 2020 to February 3, 2020.

17.    On or about February 20, 2020, some of the jewelry stolen from Kay Jewelers on February 2, 2020 was recovered from a residence used by defendants DUANNE PIERCE and TELFA WILLS.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

From on or about May 18, 2018 through on or about May 20, 2018, in the District

of South Carolina and the Eastern District of Pennsylvania, defendants

**DUANNE PIERCE,**
**a/k/a "Stroh,"**
**a/k/a "Strog,"**
**CHARLES TILLERY,**
**a/k/a "Akbar," and**

unlawfully transported in interstate commerce from Helzberg Diamonds, located at 700

Haywood Road, Greenville, South Carolina, to Philadelphia, Pennsylvania goods and

merchandise with a value in excess of $5,000, that is, approximately $7,998 in rings, and aided

and abetted the transportation of such goods and merchandise, knowing the same to have been

stolen, converted, and taken by fraud.

In violation of Title 18, United States Code, Sections 2314 and 2.

10

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

From on or about May 18, 2018 through on or about May 20, 2018, in the District

of South Carolina and the Eastern District of Pennsylvania, defendants

**DUANNE PIERCE,**
**a/k/a "Stroh,"**
**a/k/a "Strog,"**
**CHARLES TILLERY,**
**a/k/a "Akbar," and**

unlawfully transported in interstate commerce from Kay Jewelers, located at 3131 North Main

Street, Anderson, South Carolina, to Philadelphia, Pennsylvania goods and merchandise with a

value in excess of $5,000, that is, approximately $29,097 in rings, and aided and abetted the

transportation of such goods and merchandise, knowing the same to have been stolen, converted,

and taken by fraud.

In violation of Title 18, United States Code, Sections 2314 and 2.

11

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

From on or about May 18, 2018 through on or about May 20, 2018, in the

Northern District of Georgia and the Eastern District of Pennsylvania, defendants

**DUANNE PIERCE,**
**a/k/a "Stroh,"**
**a/k/a "Strog,"**
**CHARLES TILLERY,**
**a/k/a "Akbar," and**

unlawfully transported in interstate commerce from the Zales Outlet, located at 800 Steven B.

Tanger Boulevard, Commerce, Georgia, to Philadelphia, Pennsylvania goods and merchandise

with a value in excess of $5,000, that is, a ring valued at approximately $6,860, and aided and

abetted the transportation of such goods and merchandise, knowing the same to have been stolen,

converted, and taken by fraud.

In violation of Title 18, United States Code, Sections 2314 and 2.

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

From on or about December 15, 2018 through on or about December 16, 2018, in

the Eastern District of Virginia and the Eastern District of Pennsylvania, defendant

### DUANNE PIERCE,
### a/k/a "Stroh,"
### a/k/a "Strog,"

along with a person unknown to the grand jury, unlawfully transported in interstate commerce

from Zales, located at 1100 South Hayes Street, Arlington, Virginia, to Philadelphia,

Pennsylvania goods and merchandise with a value in excess of $5,000, that is, a loose diamond

stone valued at approximately $34,699, knowing the same to have been stolen, converted, and

taken by fraud.

In violation of Title 18, United States Code, Section 2314.

13

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

From on or about August 10, 2019 through on or about August 11, 2019, in the

District of Connecticut and the Eastern District of Pennsylvania, defendants

**DUANNE PIERCE,**
**a/k/a "Stroh,"**
**a/k/a "Strog,"**
**CHARLES TILLERY,**
**a/k/a "Akbar," and**
**YOLANDA FIFE,**
**a/k/a "Yolanda Murchison,"**

unlawfully transported in interstate commerce from Zales, located at 194 Buckland Hills Drive,

Manchester, Connecticut, to Philadelphia, Pennsylvania goods and merchandise with a value in

excess of $5,000, that is, approximately $27,788 in rings, and aided and abetted the

transportation of such goods and merchandise, knowing the same to have been stolen, converted,

and taken by fraud.

In violation of Title 18, United States Code, Sections 2314 and 2.

14

## COUNT SEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

From on or about October 4, 2019 through on or about October 5, 2019, in the

District of Maryland and the Eastern District of Pennsylvania, defendants

**DUANNE PIERCE,**
**a/k/a "Stroh,"**
**a/k/a "Strog,"**
**CHARLES TILLERY,**
**a/k/a "Akbar,"**
███████████████ **and**
**TELFA WILLS**

unlawfully transported in interstate commerce from Zales, located at 10300 Little Patuxent

Parkway, Columbia, Maryland, to Philadelphia, Pennsylvania goods and merchandise with a

value in excess of $5,000, that is, approximately $101,964 in jewelry, and aided and abetted the

transportation of such goods and merchandise, knowing the same to have been stolen, converted,

and taken by fraud.

In violation of Title 18, United States Code, Sections 2314 and 2.

## COUNT EIGHT

**THE GRAND JURY FURTHER CHARGES THAT:**

From on or about December 20, 2019 through on or about December 22, 2019, in

the Southern District of Ohio and the Eastern District of Pennsylvania, defendants

**DUANNE PIERCE,**
**a/k/a "Stroh,"**
**a/k/a "Strog,"**
**CHARLES TILLERY,**
**a/k/a "Akbar," and**

along with Eric King, charged elsewhere, unlawfully transported in interstate commerce from

iLaser Jewelers, located at 2700 Miamisburg Centerville Road, Dayton, Ohio to Philadelphia,

Pennsylvania goods and merchandise with a value in excess of $5,000, that is, approximately

$48,042 in rings, and aided and abetted the transportation of such goods and merchandise,

knowing the same to have been stolen, converted, and taken by fraud.

In violation of Title 18, United States Code, Sections 2314 and 2.

16

## COUNT NINE

**THE GRAND JURY FURTHER CHARGES THAT:**

From on or about December 20, 2019 through on or about December 22, 2019, in

the Southern District of Indiana and the Eastern District of Pennsylvania, defendants

**DUANNE PIERCE,**
**a/k/a "Stroh,"**
**a/k/a "Strog,"**
**CHARLES TILLERY,**
**a/k/a "Akbar," and**

along with Eric King, charged elsewhere, unlawfully transported in interstate commerce from

Helzberg Diamonds, located at 6020 East 82nd Street, Indianapolis, Indiana to Philadelphia,

Pennsylvania goods and merchandise with a value in excess of $5,000, that is, approximately

$14,998 in rings, and aided and abetted the transportation of such goods and merchandise,

knowing the same to have been stolen, converted, and taken by fraud.

In violation of Title 18, United States Code, Sections 2314 and 2.

17

## COUNT TEN

**THE GRAND JURY FURTHER CHARGES THAT:**

From on or about February 2, 2020 through February 4, 2020, in the Southern

District of Florida and the Eastern District of Pennsylvania, defendants

**DUANNE PIERCE,**
**a/k/a "Stroh,"**
**a/k/a "Strog,"**
**CHARLES TILLERY,**
**a/k/a "Akbar,"**
**YOLANDA FIFE,**
**a/k/a "Yolanda Murchison,"**

**TELFA WILLS, and**

along with others known to the grand jury, unlawfully transported in interstate commerce from

Kay Jewelers, located at 8000 West Broward Boulevard, Plantation, Florida to Philadelphia,

Pennsylvania goods and merchandise with a value in excess of $5,000, that is, approximately

$147,097.99 in jewelry, and aided and abetted the transportation of such goods and merchandise,

knowing the same to have been stolen, converted, and taken by fraud.

In violation of Title 18, United States Code, Sections 2314 and 2.

18

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

      1.     As a result of the violations of Title 18, United States Code, Sections 371

and 2314 set forth in this indictment, defendants

**DUANNE PIERCE,**
a/k/a "Stroh,"
a/k/a "Strog,"
**CHARLES TILLERY,**
a/k/a "Akbar,"



**YOLANDA FIFE,**
a/k/a "Yolanda Murchison,"

**TELFA WILLS, and**

shall forfeit to the United States of America any property, real or personal, that constitutes or is

derived from proceeds traceable to the commission of such violations, including, but not limited

to, the sum of $426,840.97.

      2.     If any of the property subject to forfeiture, as a result of any act or

omission of the defendants:

          (a)     cannot be located upon the exercise of due diligence;

          (b)     has been transferred or sold to, or deposited with, a third party;

          (c)     has been placed beyond the jurisdiction of the Court;

          (d)     has been substantially diminished in value; or

          (e)     has been commingled with other property which cannot be divided

without difficulty; it is the intent of the United States, pursuant to Title 28, United States Code,

19

Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property subject to forfeiture.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C).

**A TRUE BILL:**

**GRAND JURY FOREPERSON**

**JENNIFER ARBITTIER WILLIAMS**
**United States Attorney**